NO. 07-11-00086-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JUNE 29, 2011

_____

BRENDA LEE LEATHERWOOD, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 194TH DISTRICT COURT OF DALLAS COUNTY;

NO. F-0634407-M; HONORABLE ERNEST B. WHITE, JUDGE

_____

Before CAMPBELL and HANCOCK, JJ. and BOYD, S.J.[1]

**MEMORANDUM OPINION**

Counsel for appellant Brenda Lee Leatherman filed a motion to withdraw appeal. In a signed attachment, appellant states that she wishes to withdraw the appeal. We find the motion and attachment collectively meet the requirement of Rule of Appellate Procedure 42.2(a) that appellant and her attorney must sign a motion to dismiss the appeal. Tex. R. App. P. 42.2(a).

_____

[1] John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

No decision of this court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.

2